**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 11:38 AM February 18, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC, | ) | CASE NO. 21-61491 |
| | ) | |
| | ) | ADV. NO. 22-6003 |
| Debtor. | ) | |
| _____ | ) | JUDGE RUSS KENDIG |
| SQUIRRELS RESEARCH LABS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING** |
| v. | ) | **TELEPHONIC STATUS** |
| | ) | **CONFERENCE** |
| FLEUR-DE-LIS DEVELOPMENT, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

    Notice is hereby given that the court will conduct a telephonic status conference in this removed action on **March 30, 2022** at **10:15 a.m.** before Judge Russ Kendig, United States Bankruptcy Court, Ralph Regula Federal Building and United States Courthouse, 401 McKinley Ave., S.W., Canton, Ohio. Parties shall participate in the conference telephonically by calling no less than twenty-four hours before the status conference to provide a telephone number for the court to use in placing the call. The scheduling of the status conference does not impact any applicable deadlines, such as the deadline to file a motion to remand.

    It is so ordered.

# # #

**Service List:**

Marc Merklin
Julie K. Zurn
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311

Fleur-de-Lis Development, LLC
c/o Gina Piacentino
88 E. Broad, Suite 1560
Columbus, OH 43215

Rocco Piacentino
2626 S. Whetstone River Rd
Marion, OH 43302

Cynthia Heinz
3009 Aurora Drive
Plano, TX 75093

Jameel S. Turner
Brittany P. Stephen
Bailey Cavalieri LLC
10 W. Broad St.
Columbus, OH 43215