Squirrels Research Labs LLC,

    Plaintiff

Fleur-de-Lis Development, LLC,

    Defendant

Adv. Proc. No. 22-06003-rk

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-6 | User: lbald | Page 1 of 1 |
| Date Rcvd: Feb 18, 2022 | Form ID: pdf755 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Cynthia Heinz, 3009 Aurora Drive, Plano, TX 75093-3300 |
| dft | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| | + | JAMEEL S TURNER, BRITTANY P STEPHEN, BAILEY CAVALIERI LLC, 10 W BROAD ST, COLUMBUS, OH 43215-3418 |
| dft | + | Rocco Piacentino, 2626 S. Whetstone River Rd, Marion, OH 43302-8937 |
| pla | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |

TOTAL: 2

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



_____
**Russ Kendig
United States Bankruptcy Judge**

**Dated: 11:38 AM February 18, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC, | ) | CASE NO. 21-61491 |
| | ) | |
| | ) | ADV. NO. 22-6003 |
| Debtor. | ) | |
| _____ | ) | JUDGE RUSS KENDIG |
| SQUIRRELS RESEARCH LABS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING** |
| v. | ) | **TELEPHONIC STATUS** |
| | ) | **CONFERENCE** |
| FLEUR-DE-LIS DEVELOPMENT, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

    Notice is hereby given that the court will conduct a telephonic status conference in this removed action on **March 30, 2022** at **10:15 a.m.** before Judge Russ Kendig, United States Bankruptcy Court, Ralph Regula Federal Building and United States Courthouse, 401 McKinley Ave., S.W., Canton, Ohio. Parties shall participate in the conference telephonically by calling no less than twenty-four hours before the status conference to provide a telephone number for the court to use in placing the call. The scheduling of the status conference does not impact any applicable deadlines, such as the deadline to file a motion to remand.

    It is so ordered.

# # #

**Service List:**

Marc Merklin
Julie K. Zurn
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311

Fleur-de-Lis Development, LLC
c/o Gina Piacentino
88 E. Broad, Suite 1560
Columbus, OH 43215

Rocco Piacentino
2626 S. Whetstone River Rd
Marion, OH 43302

Cynthia Heinz
3009 Aurora Drive
Plano, TX 75093

Jameel S. Turner
Brittany P. Stephen
Bailey Cavalieri LLC
10 W. Broad St.
Columbus, OH 43215