UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Kendig |
| _____ | ) | |
| Squirrels Research Labs LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 22-6003 |
| vs. | ) | |
| | ) | |
| Fleur-de-Lis Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Matthew T. Schaeffer of Bailey Cavalieri LLC enters his appearance as counsel for Fleur-De-Lis Development, LLC in the above-captioned case pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure. The undersigned counsel respectfully requests that he be served with all papers served or required to be served in this case, including all applications, motions, petitions, plans, pleadings, requests, complaints, orders, proposed orders, or other papers, to be served at the address set forth below:

Matthew T. Schaeffer
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: mschaeffer@baileycav.com

Respectfully submitted,

*/s/ Matthew T. Schaeffer*
Matthew T. Schaeffer (0066750)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: mschaeffer@baileycav.com
Counsel for Fleur-De-Lis Development, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Appearance and Request for Notice* was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court.

*/s/ Matthew T. Schaeffer*
Matthew T. Schaeffer  (0066750)

##2072783v1