## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Kendig |
| _____ | ) | |
| Squirrels Research Labs LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 22-6003 |
| vs. | ) | |
| | ) | |
| Fleur-de-Lis Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Matthew T. Schaeffer of Bailey Cavalieri LLC enters his appearance as counsel for Defendant Cynthia Heinz and Defendant Rocco Piacentino in the above-captioned case pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure. The undersigned counsel respectfully requests that he be served with all papers served or required to be served in this case, including all applications, motions, petitions, plans, pleadings, requests, complaints, orders, proposed orders, or other papers, to be served at the address set forth below:

> Matthew T. Schaeffer
> Bailey Cavalieri LLC
> 10 West Broad Street, Suite 2100
> Columbus, Ohio 43215
> Phone: 614-229-3289 / Fax: 614-221-0479
> E-Mail: mschaeffer@baileycav.com

Respectfully submitted,

*/s/ Matthew T. Schaeffer*
Matthew T. Schaeffer (0066750)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: mschaeffer@baileycav.com
Counsel for Defendant Cynthia Heinz and
Defendant Rocco Piacentino

## **CERTIFICATE OF SERVICE**

I certify that on March 11, 2022, a true and correct copy of the *Notice of Appearance and Request for Notice* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Marc Merklin, on behalf of Debtor, at *mmerklin@brouse.com, tpalcic@brouse.com; and mmiller@brouse.com*;
- Matthew T. Schaeffer, on behalf of Defendants, at *mschaeffer@baileycav.com and lpatterson@baileycav.com*;
- United States Trustee - *(Registered address)@usdoj.gov*;
- Julie K. Zurn, on behalf of Debtor, at *jzurn@brouse.com, and tpalcic@brouse.com*;

And by regular U.S. Mail, postage prepaid, upon:

Cynthia Heinz
3009 Aurora Drive
Plano, TX 75093

Rocco Piacentino
2626 S. Whetstone River Road
Marion, OH 43302

Respectfully submitted,

*/s/ Matthew T. Schaeffer*
Matthew T. Schaeffer (0066750)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: mschaeffer@baileycav.com
Counsel for Defendant Cynthia Heinz and
Defendant Rocco Piacentino

2