UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Kendig |
| _____ | ) | |
| Squirrels Research Labs LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 22-6003 |
| vs. | ) | |
| | ) | |
| Fleur-de-Lis Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR CONTINUANCE OF THE TELEPHONIC STATUS CONFERENCE SCHEDULED FOR MARCH 30, 2022 AT 10:15 A.M.

Defendants respectfully request that the Court continue the telephonic status conference scheduled in this case on March 30, 2022 at 10:15 a.m. Counsel for the Defendants is a chapter 7 trustee and has previously scheduled meetings of creditors at that time. Defendants' counsel has confirmed that Plaintiff's counsel is amenable to a continuance to April 13, 2022 at 10:30 a.m., and Defendants' counsel has confirmed that the Court has availability at that time. Accordingly, the Defendants respectfully requests the Court continue the status conference until April 13, 2022 at 10:30 a.m.

Respectfully submitted,

*/s/ Matthew T. Schaeffer*
Matthew T. Schaeffer (0066750)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: mschaeffer@baileycav.com
Counsel for Defendants

1

# **CERTIFICATE OF SERVICE**

I certify that on March 11, 2022, a true and correct copy of the *Defendants' Motion For Continuance Of The Telephonic Status Conference Scheduled For March 30, 2022 at 10:15 a.m.* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Marc Merklin, on behalf of Debtor, at *mmerklin@brouse.com, tpalcic@brouse.com; and mmiller@brouse.com*;
- Matthew T. Schaeffer, on behalf of Defendants, at *mschaeffer@baileycav.com and lpatterson@baileycav.com*;
- United States Trustee - *(Registered address)@usdoj.gov*;
- Julie K. Zurn, on behalf of Debtor, at *jzurn@brouse.com, and tpalcic@brouse.com*;

And by regular U.S. Mail, postage prepaid, upon:

Cynthia Heinz
3009 Aurora Drive
Plano, TX 75093

Rocco Piacentino
2626 S. Whetstone River Road
Marion, OH 43302

                                                                               Respectfully submitted,

                                                                               */s/ Matthew T. Schaeffer*
                                                                               Matthew T. Schaeffer (0066750)
                                                                               Bailey Cavalieri LLC
                                                                               10 West Broad Street, Suite 2100
                                                                               Columbus, Ohio 43215
                                                                               Phone: 614-229-3289 / Fax: 614-221-0479
                                                                               E-Mail: mschaeffer@baileycav.com
                                                                               Counsel for Defendants