The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



Russ Kendig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Kendig |
| | ) | |
| Squirrels Research Labs LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 22-6003 |
| vs. | ) | |
| | ) | |
| Fleur-de-Lis Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR CONTINUANCE OF TELEPHONIC STATUS CONFERENCE SCHEDULED FOR MARCH 30, 2022 AT 10:15 A.M. [DOC. 6]**

**THIS MATTER** is before the Court pursuant to the *Defendants' Motion For Continuance Of The Telephonic Status Conference Scheduled For March 30, 2022 at 10:15 a.m.* filed on March 11, 2022 [Doc. 6] (the "Motion").

The Court finding that proper notice was given, and for good cause shown, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Motion is granted and the telephonic status

2075150v1

conference set for March 30, 2022 at 10:15 a.m. is hereby continued and rescheduled for April 13, 2022 at 10:30 a.m.

**IT IS SO ORDERED.**

<u>Service List:</u>

>Marc Merklin
>Brouse McDowell, LPA
>388 S. Main Street, Suite 500
>Akron, OH 44311-4419
>On behalf of Debtor
>E-Mail:  mmerklin@brouse.com
>         tpalcic@brouse.com
>         mmiller@brouse.com

>Julie K. Zurn
>Brouse McDowell, LPA
>388 S. Main Street, Suite 500
>Akron, OH 44311-4419
>On behalf of Debtor
>E-Mail: jzurn@brouse.com
>        tpalcic@brouse.com
>        mmiller@brouse.com

>Matthew T. Schaeffer
>Bailey Cavalieri LLC
>10 W. Broad Street, Suite 2100
>Columbus, OH 43215
>On behalf of Defendants
>E-Mail:  mschaeffer@baileycav.com
>         lpatterson@baileycav.com

>United States Trustee
>Office of the U.S. Trustee
>H.M. Metzenbaum U.S. Courthouse
>201 Superior Avenue East, Suite 441
>Cleveland, OH 44114-1234
>E-Mail:  kate.m.bradley@usdoj.gov

>Cynthia Heinz
>3009 Aurora Drive
>Plano, TX 75093

>Rocco Piacentino
>2626 S. Whetstone River Road
>Marion, OH 43302

# # #