United States Bankruptcy Court
Northern District of Ohio

Squirrels Research Labs LLC,
    Plaintiff
Fleur-de-Lis Development, LLC,
    Defendant

Adv. Proc. No. 22-06003-rk

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: lbald     Page 1 of 2
Date Rcvd: Mar 14, 2022     Form ID: pdf755     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Cynthia Heinz, 3009 Aurora Drive, Plano, TX 75093-3300 |
| dft | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| dft | + | Rocco Piacentino, 2626 S. Whetstone River Rd, Marion, OH 43302-8937 |
| pla | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2022      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

**Name**     **Email Address**

Julie K. Zurn
    on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com

Marc Merklin
    on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com

Matthew T. Schaeffer
    on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
    on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com

Matthew T. Schaeffer     on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

TOTAL: 5

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



_Russ Kendig_
**Russ Kendig**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Kendig |
| | ) | |
| Squirrels Research Labs LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 22-6003 |
| vs. | ) | |
| | ) | |
| Fleur-de-Lis Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR CONTINUANCE OF TELEPHONIC STATUS CONFERENCE SCHEDULED FOR MARCH 30, 2022 AT 10:15 A.M. [DOC. 6]**

**THIS MATTER** is before the Court pursuant to the *Defendants' Motion For Continuance Of The Telephonic Status Conference Scheduled For March 30, 2022 at 10:15 a.m.* filed on March 11, 2022 [Doc. 6] (the "Motion").

The Court finding that proper notice was given, and for good cause shown, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Motion is granted and the telephonic status

conference set for March 30, 2022 at 10:15 a.m. is hereby continued and rescheduled for April 13, 2022 at 10:30 a.m.

**IT IS SO ORDERED.**

Service List:

    Marc Merklin
    Brouse McDowell, LPA
    388 S. Main Street, Suite 500
    Akron, OH 44311-4419
    On behalf of Debtor
    E-Mail: mmerklin@brouse.com
            tpalcic@brouse.com
            mmiller@brouse.com

    Julie K. Zurn
    Brouse McDowell, LPA
    388 S. Main Street, Suite 500
    Akron, OH 44311-4419
    On behalf of Debtor
    E-Mail: jzurn@brouse.com
            tpalcic@brouse.com
            mmiller@brouse.com

    Matthew T. Schaeffer
    Bailey Cavalieri LLC
    10 W. Broad Street, Suite 2100
    Columbus, OH 43215
    On behalf of Defendants
    E-Mail: mschaeffer@baileycav.com
            lpatterson@baileycav.com

    United States Trustee
    Office of the U.S. Trustee
    H.M. Metzenbaum U.S. Courthouse
    201 Superior Avenue East, Suite 441
    Cleveland, OH 44114-1234
    E-Mail: kate.m.bradley@usdoj.gov

    Cynthia Heinz
    3009 Aurora Drive
    Plano, TX 75093

    Rocco Piacentino
    2626 S. Whetstone River Road
    Marion, OH 43302

                                                      # # #