UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| _____ | ) | |
| | ) | |
| Squirrels Research Labs, LLC, | ) | Adv. Case No. 22-6003 |
| | ) | |
| Plaintiff, | ) | Judge Russ Kendig |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| Fleur-de-Lis-Development, LLC, et. al.[2] | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Nicholas P. Capotosto of the law firm Brouse McDowell, L.P.A., hereby enters an appearance in this matter as co-counsel with Marc B. Merklin and Julie K. Zurn as counsel for Plaintiff, Squirrels Research Laboratories LLC ("Plaintiff"), and request that all correspondence, notices, motions, pleadings, documents, and orders pertaining to the above-captioned case be mailed to him at the address set forth below.

Dated: March 17, 2022          Respectfully submitted,

/s/ *Nicholas P. Capotosto*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
Nicholas P. Capotosto (0076436)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

2 The other defendants are Rocco Piacentino and Cynthia Heinz.

Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com
ncapotosto@brouse.com

*Counsel for the Debtors
and Debtors-in-Possession*

# CERTIFICATE OF SERVICE

I, Nicholas P. Capotosto, hereby certify that on March 17, 2022, a true and correct copy of the *Notice of Appearance* was served via the court's Electronic Case Filing System on these entities and individual who are listed on the court's Electronic Mail Notice List:

John C. Cannizzaro on behalf of Interested Party Instantiation LLC at John.Cannizzaro@icemiller.com, lauren.prohaska@icemiller.com

Christopher Paul Combest on behalf of Creditor Avnet, Inc. at christopher.combest@quarles.com

John G. Farnan on behalf of Creditor Cincinnati Insurance Company at jfarnan@westonhurd.com

Robert E. Goff, Jr. on behalf of Creditor Cincinnati Insurance Company at rgoff@westonhurd.com, jroberts@westonhurd.com

Steven Heimberger on behalf of Interested Party SCEB, LLC at sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com

Jeannie Kim on behalf of Interested Party Instantiation LLC at JeKim@sheppardmullin.com, dgatmen@sheppardmullin.com

Marc Merklin on behalf of Debtor Squirrels Research Labs LLC at mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com

David M. Neumann on behalf of Creditor Envista Forensics, LLC d/b/a AREPA dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann on behalf of Creditor Torea Consulting Ltd. at

dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Christopher Niekamp on behalf of Creditor Better PC, LLC at cniekamp@bdblaw.com

Paul J. Schumacher on behalf of Interested Party Ohio Power Company dba American Electric Power at pschumacher@dmclaw.com, tgross@dmclaw.com

Frederic P. Schwieg at fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Trustee Frederic P. Schwieg at fschwieg@schwieglaw.com

Bryan Sisto on behalf of Creditor Carl Forsell at bsisto@fbtlaw.com

Richard J. Thomas on behalf of Creditor Premier Bank at rthomas@hendersoncovington.com, dciambotti@hendersoncovington.com

Joshua Ryan Vaughan on behalf of Creditor Ohio Bureau of Workers Compensation at jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com

Julie K. Zurn on behalf of Debtor Squirrels Research Labs LLC at jzurn@brouse.com, tpalcic@brouse.com

Kate M. Bradley ust44 on behalf of U.S. Trustee United States Trustee at kate.m.bradley@usdoj.gov

And by regular U.S. Mail on March 17, 2022, on the following:

Instantiation LLC
c/o Jason R. Schendel
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Flr
San Francisco, CA 94111

    /s/ Nicholas P. Capotosto
Nicholas P. Capotosto (0076436)
BROUSE McDOWELL, L.P.A.
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
(330) 535-5711
ncapotosto@brouse.com