**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**

Russ Kendig
United States Bankruptcy Judge

**Dated: 09:02 AM April 13, 2022**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Kendig |
| _______________________________ | ) | |
| Squirrels Research Labs LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 22-6003 |
| vs. | ) | |
| | ) | |
| Fleur-de-Lis Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING ADMISSION OF BRITTANY P. STEPHEN *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (Doc 10)**

This matter is before the Court upon the Motion for Entry of Order Admitting Brittany P. Stephen to Appear *Pro Hac Vice* pursuant to Local Bankruptcy Rule 2090-1 filed April 12, 2022 (Docket No. 10) (the "Motion"). Having considered the Motion, the Court finds that notice and service of the Motion are proper and sufficient and further finds that no objection to the Motion was filed or otherwise asserted. Accordingly, the Court finds that the Motion is well taken and

#2093689v1

hereby grants the same. Brittany P. Stephen is hereby admitted *pro hac vice* to represent Defendant Fleur-de-Lis Development, LLC, Defendant Cynthia Heinz, and Defendant Rocco Piacentino.

IT IS SO ORDERED.

Submitted by:

/s/ Matthew T. Schaeffer
Matthew T. Schaeffer (0066750)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: mschaeffer@baileycav.com
Counsel for Defendant Fleur-De-Lis Development, LLC, Defendant Cynthia Heinz, and Defendant Rocco Piacentino

Service List:

Marc Merklin
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311-4419
On behalf of Debtor
E-Mail: mmerklin@brouse.com
tpalcic@brouse.com
mmiller@brouse.com

Julie K. Zurn
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311-4419
On behalf of Debtor
E-Mail: jzurn@brouse.com
tpalcic@brouse.com
mmiller@brouse.com

Matthew T. Schaeffer
Bailey Cavalieri LLC
10 W. Broad Street, Suite 2100
Columbus, OH 43215
On behalf of Defendants
E-Mail: mschaeffer@baileycav.com
lpatterson@baileycav.com

United States Trustee
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, OH 44114-1234
E-Mail: kate.m.bradley@usdoj.gov

Cynthia Heinz
3009 Aurora Drive
Plano, TX 75093

Rocco Piacentino
2626 S. Whetstone River Road
Marion, OH 43302

# # #