The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



**Russ Kendig**
**United States Bankruptcy Judge**

**Dated: 03:30 PM April 13, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC & THE MIDWEST DATA COMPANY LLC, | ) ) ) | CASE NO. 21-61491 |
| | ) | |
| Debtors | ) | JUDGE RUSS KENDIG |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC, | ) ) | ADVERSARY NO. 22-06003 |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER SCHEDULING STATUS** |
| vs | ) | **CONFERENCE AND GRANTING** |
| | ) | **PLAINTIFF'S MOTION FOR LEAVE** |
| | ) | **TO FILE AMENDED COMPLAINT** |
| FLEUR-DE-LIS DEVELOPMENT, LLC, ROCCO PIACENTINO, & CYNTHIA HEINZ, | ) ) ) | |
| | ) | |
| Defendants | ) | |

The court held a telephonic pretrial conference in this adversary proceeding on April 13, 2022. Nicholas Capotosto appeared on behalf of plaintiff, Squirrels Research Labs LLC. Matthew Schaeffer and Brittany Stephen appeared on behalf of defendants, Fleur-de-Lis Development, LLC; Rocco Piacentino; and Cynthia Heinz. In accordance with the discussion during the conference, the court establishes the following deadlines:

1

1. Plaintiff is hereby granted leave to amend its complaint. If it so chooses, the amended complaint must be filed no later than **April 30, 2022**.

2. A status conference shall be held on **October 12, 2022**, at **10:00 a.m.** This conference will be conducted telephonically. Parties should call no less than twenty-four hours before the pretrial conference to provide a non-cellular telephone number for the court to use in placing the call.

   It is so ordered.

# # #

**Service List**

Squirrels Research Labs LLC
8050 Freedom Avenue N.W.
North Canton, OH 44720

Nicholas Paul Capotosto
Marc Merklin
Julie K. Zurn
Brouse McDowell LPA
388 S. Main Street, Suite 500
Akron, OH 44311

Fleur-de-Lis Development, LLC
c/o Gina Piacentino
88 E. Broad, Suite 1560
Columbus, OH 43215

Rocco Piacentino
2626 S. Whetstone River Road
Marion, OH 43302

Cynthia Heinz
3009 Aurora Drive
Plano, TX 75093

Matthew T. Schaeffer
Bailey Cavalieri LLC
10 W. Broad Street, #2100
Columbus, OH 43215