Squirrels Research Labs LLC,
    Plaintiff

Fleur-de-Lis Development, LLC,
    Defendant

Adv. Proc. No. 22-06003-rk

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: lbald | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf755 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brittany P Stephen, Bailey Cavalieri LLC, 10 West Broad St, Ste 2100, Columbus, OH 43215-3455 |
| dft | + | Cynthia Heinz, 3009 Aurora Drive, Plano, TX 75093-3300 |
| dft | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| dft | + | Rocco Piacentino, 2626 S. Whetstone River Rd, Marion, OH 43302-8937 |
| pla | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com |

Matthew T. Schaeffer
    on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

Nicholas Paul Capotosto
    on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com

TOTAL: 6

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



_____
**Russ Kendig
United States Bankruptcy Judge**

**Dated: 03:30 PM April 13, 2022**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC & THE MIDWEST DATA COMPANY LLC, | ) ) ) | CASE NO. 21-61491 |
| | ) | |
| Debtors | ) | JUDGE RUSS KENDIG |
| | ) | |
| SQUIRRELS RESEARCH LABS LLC, | ) ) | ADVERSARY NO. 22-06003 |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER SCHEDULING STATUS** |
| vs | ) | **CONFERENCE AND GRANTING** |
| | ) | **PLAINTIFF'S MOTION FOR LEAVE** |
| | ) | **TO FILE AMENDED COMPLAINT** |
| FLEUR-DE-LIS DEVELOPMENT, LLC, ROCCO PIACENTINO, & CYNTHIA HEINZ, | ) ) ) | |
| | ) | |
| Defendants | ) | |

The court held a telephonic pretrial conference in this adversary proceeding on April 13, 2022. Nicholas Capotosto appeared on behalf of plaintiff, Squirrels Research Labs LLC. Matthew Schaeffer and Brittany Stephen appeared on behalf of defendants, Fleur-de-Lis Development, LLC; Rocco Piacentino; and Cynthia Heinz. In accordance with the discussion during the conference, the court establishes the following deadlines:

1

1. Plaintiff is hereby granted leave to amend its complaint. If it so chooses, the amended complaint must be filed no later than **April 30, 2022**.

2. A status conference shall be held on **October 12, 2022**, at **10:00 a.m.** This conference will be conducted telephonically. Parties should call no less than twenty-four hours before the pretrial conference to provide a non-cellular telephone number for the court to use in placing the call.

It is so ordered.

#     #     #

**Service List**

Squirrels Research Labs LLC
8050 Freedom Avenue N.W.
North Canton, OH 44720

Nicholas Paul Capotosto
Marc Merklin
Julie K. Zurn
Brouse McDowell LPA
388 S. Main Street, Suite 500
Akron, OH 44311

Fleur-de-Lis Development, LLC
c/o Gina Piacentino
88 E. Broad, Suite 1560
Columbus, OH 43215

Rocco Piacentino
2626 S. Whetstone River Road
Marion, OH 43302

Cynthia Heinz
3009 Aurora Drive
Plano, TX 75093

Matthew T. Schaeffer
Bailey Cavalieri LLC
10 W. Broad Street, #2100
Columbus, OH 43215