United States Bankruptcy Court
Northern District of Ohio

Squirrels Research Labs LLC,
    Plaintiff                                                     Adv. Proc. No. 22-06003-rk

Fleur-de-Lis Development, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: lbald | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf764 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brittany P Stephen, Bailey Cavalieri LLC, 10 West Broad St, Ste 2100, Columbus, OH 43215-3455 |
| dft | + | Cynthia Heinz, 3009 Aurora Drive, Plano, TX 75093-3300 |
| dft | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| dft | + | Rocco Piacentino, 2626 S. Whetstone River Rd, Marion, OH 43302-8937 |
| pla | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022                 Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com  tpalcic@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com  tpalcic@brouse.com;mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development  LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com  lpatterson@baileycav.com |

Matthew T. Schaeffer

on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com  lpatterson@baileycav.com

Nicholas Paul Capotosto

on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com  tpalcic@brouse.com

TOTAL: 6

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

**Dated: 09:02 AM April 13, 2022**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-61491 |
| | ) | |
| Squirrels Research Labs LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Kendig |
| —————————————————— | ) | |
| Squirrels Research Labs LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 22-6003 |
| vs. | ) | |
| | ) | |
| Fleur-de-Lis Development, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING ADMISSION OF BRITTANY P. STEPHEN *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (Doc 10)

This matter is before the Court upon the Motion for Entry of Order Admitting Brittany P. Stephen to Appear *Pro Hac Vice* pursuant to Local Bankruptcy Rule 2090-1 filed April 12, 2022 (Docket No. 10) (the "Motion"). Having considered the Motion, the Court finds that notice and service of the Motion are proper and sufficient and further finds that no objection to the Motion was filed or otherwise asserted. Accordingly, the Court finds that the Motion is well taken and

#2093689v1

hereby grants the same. Brittany P. Stephen is hereby admitted *pro hac vice* to represent

Defendant Fleur-de-Lis Development, LLC, Defendant Cynthia Heinz, and Defendant Rocco

Piacentino.

IT IS SO ORDERED.

Submitted by:

/s/ Matthew T. Schaeffer
Matthew T. Schaeffer        (0066750)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: mschaeffer@baileycav.com
Counsel for Defendant Fleur-De-Lis Development, LLC,
Defendant Cynthia Heinz, and Defendant Rocco
Piacentino

Service List:

> Marc Merklin
> Brouse McDowell, LPA
> 388 S. Main Street, Suite 500
> Akron, OH 44311-4419
> On behalf of Debtor
> E-Mail: mmerklin@brouse.com
>       tpalcic@brouse.com
>       mmiller@brouse.com
>
> Julie K. Zurn
> Brouse McDowell, LPA
> 388 S. Main Street, Suite 500
> Akron, OH 44311-4419
> On behalf of Debtor
> E-Mail: jzurn@brouse.com
>       tpalcic@brouse.com
>       mmiller@brouse.com
>
> Matthew T. Schaeffer
> Bailey Cavalieri LLC
> 10 W. Broad Street, Suite 2100
> Columbus, OH 43215
> On behalf of Defendants
> E-Mail: mschaeffer@baileycav.com
>       lpatterson@baileycav.com

United States Trustee
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, OH 44114-1234
E-Mail:  kate.m.bradley@usdoj.gov

Cynthia Heinz
3009 Aurora Drive
Plano, TX 75093

Rocco Piacentino
2626 S. Whetstone River Road
Marion, OH 43302

# # #