United States Bankruptcy Court
Northern District of Ohio

Squirrels Research Labs LLC,
    Plaintiff

Fleur-de-Lis Development, LLC,
    Defendant

Adv. Proc. No. 22-06003-tnap

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: admin     Page 1 of 2
Date Rcvd: Oct 03, 2022     Form ID: 224rk     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brittany P Stephen, Bailey Cavalieri LLC, 10 West Broad St, Ste 2100, Columbus, OH 43215-3455 |
| dft | + | Cynthia Heinz, 3009 Aurora Drive, Plano, TX 75093-3300 |
| dft | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| dft | + | Rocco Piacentino, 2626 S. Whetstone River Rd, Marion, OH 43302-8937 |
| pla | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Oct 04 2022 01:01:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Julie K. Zurn
    on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com

Marc Merklin
 on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com

Matthew T. Schaeffer
 on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

Matthew T. Schaeffer
 on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com

Matthew T. Schaeffer
 on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com

Nicholas Paul Capotosto
 on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                                  **Case Number:** 22−06003−tnap

**Chapter:** 0

**Judge:** TIIARA N.A. PATTON

**TO ALL CREDITORS AND PARTIES IN INTEREST**

You are hereby notified that this case will be transferred from Judge RUSS KENDIG to Judge TIIARA N.A. PATTON effective October 1st, 2022. Please modify your records accordingly. All further pleadings and documents should reflect Judge TIIARA N.A. PATTON in the caption. All proposed Orders should similarly identify Judge TIIARA N.A. PATTON as the approving Judge.

**Date:** September 30, 2022                                               For the Court
Form ohnb224rk                                                        Josiah C. Sell, Clerk