IT IS SO ORDERED.

Dated: October 7, 2022



Tiiara N.A. Patton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Squirrels Research Labs LLC, et. al.,** | Case No. 21-61491 (TNAP) (Jointly Administered) |
| Debtors. | Judge Tiiara N.A. Patton |
| **Squirrels Research Labs LLC,** | |
| Plaintiff, | Adv. Pro. No. 22-06003 |
| v. | |
| **Fleur-de-Lis Development, LLC, et. al.,** | |
| Defendants. | |

**ORDER SCHEDULING CASE STATUS
CONFERENCE FOR TUESDAY, OCTOBER 25, 2022 AT 11:00 A.M.**

The Court having determined that a case status conference will aid in the efficient conduct and proper administration of the above-captioned adversary proceeding,

**THEREFORE, IT IS ORDERED:**

1. **Status Conference.** The status conference scheduled for **Wednesday, October 12, 2022, at 10:00 a.m.** has been rescheduled to **Tuesday, October 25, 2022, at 11:00 a.m.** ("**Status Conference**"). The Court will conduct the Status Conference virtually via video conference using the Zoom® Video Communications application. Parties shall review the *Procedures for Video Conference Hearings via Zoom® Video Communications* memorandum for procedures for video conference hearings located on the Court's website.

# # #