United States Bankruptcy Court
Northern District of Ohio

Squirrels Research Labs LLC,
    Plaintiff
Fleur-de-Lis Development, LLC,
    Defendant

Adv. Proc. No. 22-06003-tnap

# CERTIFICATE OF NOTICE

District/off: 0647-6      User: lbald      Page 1 of 2
Date Rcvd: Oct 07, 2022      Form ID: pdf755      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brittany P Stephen, Bailey Cavalieri LLC, 10 West Broad St, Ste 2100, Columbus, OH 43215-3455 |
| dft | + | Cynthia Heinz, 3009 Aurora Drive, Plano, TX 75093-3300 |
| dft | + | Fleur-de-Lis Development, LLC, c/o Gina Piacentino, 88 E. Broad, Suite 1560, Columbus, OH 43215-3178 |
| dft | + | Rocco Piacentino, 2626 S. Whetstone River Rd, Marion, OH 43302-8937 |
| pla | + | Squirrels Research Labs LLC, 8050 Freedom Avenue NW, North Canton, OH 44720-6912 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Julie K. Zurn | on behalf of Plaintiff Squirrels Research Labs LLC jzurn@brouse.com tpalcic@brouse.com |
| Marc Merklin | on behalf of Plaintiff Squirrels Research Labs LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |
| Matthew T. Schaeffer | on behalf of Defendant Fleur-de-Lis Development LLC mschaeffer@baileycav.com, lpatterson@baileycav.com |
| Matthew T. Schaeffer | |

Matthew T. Schaeffer
    on behalf of Defendant Rocco Piacentino mschaeffer@baileycav.com lpatterson@baileycav.com

    on behalf of Defendant Cynthia Heinz mschaeffer@baileycav.com lpatterson@baileycav.com

Nicholas Paul Capotosto
    on behalf of Plaintiff Squirrels Research Labs LLC ncapotosto@brouse.com tpalcic@brouse.com

TOTAL: 6

**IT IS SO ORDERED.**

Dated:  October 7, 2022



*Tiiara N.A. Patton*
**Tiiara N.A. Patton
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Squirrels Research Labs LLC, et. al.,** | Case No. 21-61491 (TNAP) (Jointly Administered) |
| Debtors. | Judge Tiiara N.A. Patton |
| **Squirrels Research Labs LLC,** | |
| Plaintiff, | Adv. Pro. No. 22-06003 |
| v. | |
| **Fleur-de-Lis Development, LLC, et. al.,** | |
| Defendants. | |

### ORDER SCHEDULING CASE STATUS
### CONFERENCE FOR TUESDAY, OCTOBER 25, 2022 AT 11:00 A.M.

The Court having determined that a case status conference will aid in the efficient

conduct and proper administration of the above-captioned adversary proceeding,

**THEREFORE, IT IS ORDERED:**

1. **Status Conference.** The status conference scheduled for **Wednesday, October 12, 2022, at 10:00 a.m.** has been rescheduled to **Tuesday, October 25, 2022, at 11:00 a.m.** ("**Status Conference**"). The Court will conduct the Status Conference virtually via video conference using the Zoom® Video Communications application. Parties shall review the *Procedures for Video Conference Hearings via Zoom® Video Communications* memorandum for procedures for video conference hearings located on the Court's website.

# # #