**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Tiiara N.A. Patton |
| | ) | |
| | ) | |
| Squirrels Research Labs, LLC, | ) | Adv. Case No. 22-06003 |
| | ) | |
| Plaintiff, | ) | Judge Tiiara N.A. Patton |
| | ) | |
| vs. | ) | |
| | ) | |
| Fleur-de-Lis-Development, LLC, *et. al.*,[2] | ) | **STIPULATED DISMISSAL ENTRY** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff-Counterclaim Defendant, Squirrels Research Laboratories LLC and Defendants-Counterclaim Plaintiffs Fleur-de-Lis-Development LLC, Rocco Piacentino, and Cynthia Heinz, by their respective counsel, hereby dismiss all claims against each other, with prejudice. The parties shall bear their own court costs and fees.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

[2] The other defendants are Rocco Piacentino and Cynthia Heinz.

AGREED AND APPROVED:

/s/ Nicholas P. Capotosto
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
Nicholas P. Capotosto (0076436)
BROUSE MCDOWELL, LPA
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
(330) 535-5711
(330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com
ncapotosto@brouse.com

*Attorneys for Plaintiff*

/s/ Matthew T. Schaeffer
Matthew T. Schaeffer (0066750)
Bailey Cavalieri
10 W. Broad Street, Ste. 2100
Columbus, Ohio 43215-3422
Phone: 614.221.3155
Facsimile: 614.221.0479
E-Mail: mschaeffer@baileycav.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Nicholas P. Capotosto, hereby certify that on December 19, 2022, a true and correct copy of the Stipulated Dismissal Entry was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Nicholas Paul Capotosto    ncapotosto@brouse.com, tpalcic@brouse.com
- Marc Merklin    mmerklin@brouse.com, tpalcic@brouse.com;mmiller@brouse.com
- Matthew T. Schaeffer    mschaeffer@baileycav.com, lpatterson@baileycav.com
- United States Trustee    (Registered address)@usdoj.gov
- Julie K. Zurn    jzurn@brouse.com, tpalcic@brouse.com;athreatt@brouse.com

/s/ Nicholas P. Capotosto
Nicholas P. Capotosto (0076436)
BROUSE MCDOWELL, LPA
388 South Main Street, Suite 500
Akron, Ohio 44311-4407